UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **CHRISTOPHER PRESCOTT & RUBI PRESCOTT, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF KAMERON PRESCOTT, DECEASED**     Plaintiffs, | § § § § § § § § |
| v. | §   CASE No. 5:19-cv-01392-JKP-RBF |
| **BEXAR COUNTY, JAVIER SALAZAR, INDIVIDUALLY AND AS THE BEXAR COUNTY SHERIFF, JOHN AGUILLON, GEORGE HERRERA, JESSE ARIAS, AND JOHNNY LONGORIA**     Defendants, | § § § § § § § § |
| v. | § § |
| **RENE JONES, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF AMANDA JONES, DECEASED**     Movant. | § § § § § |

**JOINT ADVISORY TO THE COURT**

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

Now come Plaintiffs Christopher Prescott and Rubi Prescott, Individually and as Personal Representatives of the Estate of Kameron Prescott, Deceased (Prescott Plaintiffs), Defendants, Bexar County and Javier Salazar, Individually and as the Bexar County Sheriff (County Defendants), Defendants John Aguillon, George Herrera, Jesse Arias and Johnny Longoria (Deputy Defendants) and Movant/Intervenor Rene Jones, Individually and as Personal Representative of the Estate of Amanda Jones, Deceased (Intervenor Jones) and file this Joint Advisory, and would respectfully show the Court as follows:

*Jnt Advisory to the Court*                                                                                                                                     1

1. On May 5, 2021, Prescott Plaintiffs, Intervenor Plaintiffs, County Defendants and Deputy Defendants have come to a mutual agreement in form and substance to resolve this litigation.

2. The Parties are now working together to finalize the settlement agreement and relevant terms.

3. Upon completion of the settlement agreement and disbursement of checks, the Parties will file a Joint Dismissal of the lawsuit.

Respectfully submitted,

CROSLEY LAW FIRM, P.C.
3303 Oakwell Court, Suite 200
San Antonio, Texas 78218
210/529-3000
210/444-1561 Fax
tom@crosleylaw.com
shawn@crosleylaw.com
service@crosleylaw.com

By: ⎯⎯⎯⎯*/s/ Thomas A. Crosley*⎯⎯⎯⎯
THOMAS A. CROSLEY
State Bar No. 00783902
SHAWN MECHLER
State Bar No. 24078989
*Attorneys for Plaintiff Christopher Prescott Individually and as Personal Representative of the Estate of Kameron Prescott, Deceased*

THE KRIST LAW FIRM, P.C.
The Krist Building
17100 El Camino Real
Houston, Texas 77058
281/283-8500
281/488-3489 Fax
skrist@kristlaw.com
ahortn@kristlaw.com


By:        */s/ Alex W. Horton*
     SCOTT C. KRIST
     State Bar No. 11727900
     ALEX W. HORTON
     State Bar No. 24065448
     *Attorneys for Plaintiff Rubi Prescott*
     *Individually and as Personal Representative*
     *of the Estate of Kameron Prescott, Deceased*



LAW OFFICE OF ROBERT F. WHITE, P.C.
909 NE Loop 410, Suite 300
San Antonio, Texas 78209
210/771-5766
210/428-6410 Fax
Rwhite1743@gmail.com


By:   */s/ Robert F. White*
     ROBERT F. WHITE
     State Bar No. 24067934
     *Attorney for Rene Jones, Individually*
     *And as Representative of the Estate of Amanda Jones*

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
210/227-3243
210/225-4481 Fax
lfdenton@rampagelaw.com
cmrodriguez@rampagelaw.com


By:   */s/ Clarissa M. Rodriguez*
       LOWELL F. DENTON
       State Bar No. 05764700
       CLARISSA M. RODRIGUEZ
       State Bar No. 24056222
       *Attorneys for Defendants*
       *Bexar County and Javier Salazar*



LAW OFFICES OF CHARLES S. FRIGERIO
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
210/271-7877
210/271-0602 Fax
csfrigeriolaw@sbcglobal.net


By:   */s/ Charles Frigerio*
       CHARLES FRIGERIO
       State Bar No. 07477500
       HECTOR X. SAENZ
       State Bar No. 17514850
       *Attorney for Defendants John Aguillon,*
       *George Herrera, Jesse Arias and*
       *Johnny Longoria*