IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER PRESCOTT, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KAMERON PRESCOTT, DECEASED; RUBI PRESCOTT, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KAMERON PRESCOTT, DECEASED; AND ESTATE OF KAMERON PRESCOTT, DECEASED, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GEORGE HERRERA, JESSE ARIAS, JOHNNY LONGORIA, BEXAR COUNTY, JAVIER SALAZAR, INDIVIDUALLY AND AS THE BEXAR COUNTY SHERIFF; AND JOHN AGUILLON, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § | 5-19-CV-01392-JKP |

**ORDER**

Before the Court is the above-styled and numbered cause of action, which was referred to me for all nondispositive pretrial proceedings. *See* Dkt. No. 17. The Court is in receipt of the parties' advisory filed on May 6, 2021, which informs the Court that they have reached an agreement to resolve this litigation. *See* Dkt. No. 79. Accordingly, **IT IS HEREBY ORDERED** that the parties shall file a stipulation of dismissal on or before **July 6, 2021**. Should the parties require additional time to finalize their settlement agreement, they should inform the Court.

Having considered and acted upon all matters for which the above-entitled and numbered case was referred, it is **ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

**IT IS SO ORDERED**.

SIGNED this 18th day of May, 2021.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE